JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KIMBERLY COLEMAN, | Case No. 2:18-cv-04840-RGK (KSx) |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION |
| v. | |
| ROSS STORES, INC. d/b/a ROSS WEST LOS ANGELES; and DOES 1 through 10, | Complaint Filed: May 31, 2018<br>Trial Date: None Set |
| Defendants. | |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: December 27, 2018

_____
United States District Court Judge